UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SETH ISAAC MORGAN,

                Petitioner,

v.

UNITED STATES OF AMERICA,

                Respondent.

Case No. C15-0354-RSM

ORDER DISMISSING ACTION

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, the remaining record, and no objections having been filed hereby finds and ORDERS:

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner's petition for writ of habeas corpus (Dkt. 5) and this action are DISMISSED with prejudice; and

(3)    The Clerk is directed to send copies of this Order to petitioner, to the United States Attorney, and to the Honorable Mary Alice Theiler.

DATED this 17th day of April 2015.

                /s/ Ricardo S. Martinez

                RICARDO S. MARTINEZ
                UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE - 1